# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RINO TENORIO, | Case No.: 2:20-cv-00517-GMN-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| STATE OF NEVADA, DEPARTMENT OF TAXATION, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 8, which is **GRANTED**. The ENE is continued to 9:30 a.m. on June 15, 2020. Evaluation statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on June 8, 2020.

IT IS SO ORDERED.

Dated: April 1, 2020

_____
Nancy J. Koppe
United States Magistrate Judge