# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RINO TENORIO,

        Plaintiff,

vs.

STATE OF NEVADA, DEPARTMENT OF TAXATION; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5,

        Defendant.

2:20-cv-00517-GMN-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Amend Complaint (ECF NO. 39).

No opposition has been filed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, it would seem as though defendant has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that  Plaintiff's Motion to Amend Complaint (ECF NO. 39) is GRANTED.  Plaintiff must file the Amended Complaint on or before April 19, 2021.

DATED this 12th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE