1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9
10
11
12
13
14
15

| | |
|---|---|
| RINO TENORIO, | Case No. 2:20-cv-00517-ART-VCF |
| Plaintiff, | **ORDER APPROVING** |
| vs. | STIPULATION CHANGING PLAINTIFF'S RESPONSE DATE |
| STATE OF NEVADA, DEPARTMENT OF TAXATION; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5, | (FIRST REQUEST) |
| Defendant. | |

16    Pursuant to LR 7-1 and LR IA 6-2, Plaintiff Rino Tenorio and Defendant State of

17  Nevada, Department of Taxation, by and through their undersigned counsel, hereby stipulate to

18  move Plaintiff's due date for his response to the Department of Taxation's Motion for Summary

19  Judgment [ECF No. 56] from May 5, 2022 to May 16, 2022 to accommodate Mr. Cohen's

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1  request to continue the response date based on a current health issue affecting his immediate

2  family.

3  Dated this 20th day of April, 2022.          Dated this 20th day of April, 2022.

4  **WOLF, RIFKIN, SHAPIRO**                    **OFFICE OF THE ATTORNEY GENERAL**
   **SCHULMAN & RABKIN, LLP**
5

6  By: _/s/ Douglas Cohen_                      By: _/s/ Akke Levin_
       Douglas M. Cohen, Esq. (SBN 1214)            AARON D. FORD
7                                                   Attorney General
       *Attorneys for Plaintiff*                    Steve Shevorski, Esq. (SBN 8256)
8      *Rino Tenorio*                               Chief Litigation Counsel
                                                    Akke Levin, Esq. (SBN 9102)
9                                                   Senior Deputy Attorney General
                                                    Sabrena K. Clinton, Esq. (SBN 6499)
10                                                  Deputy Attorney General

11
                                                    *Attorneys for Defendant*
12                                                  *State of Nevada, Department of Taxation*

13

14                                   **ORDER**

15         **IT IS SO ORDERED.**

16         DATED this 22nd day of April, 2022.

17

18         _____
           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28