1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

RINO TENORIO,                                    Case No. 2:20-cv-00517-ART-VCF

                    Plaintiff,                          **ORDER APPROVING**
11
                                              **STIPULATION CHANGING**
      vs.                                        **PLAINTIFF'S RESPONSE DATE**
12

13

14

15

STATE OF NEVADA, DEPARTMENT OF          **(SECOND  REQUEST)**
TAXATION; DOES 1 through 5; and ROE
BUSINESS ENTITIES 1 through 5,

                    Defendant.

16        Pursuant to LR 7-1 and LR IA 6-2, Plaintiff Rino Tenorio and Defendant State of

17  Nevada, Department of Taxation, by and through their undersigned counsel, hereby stipulate to

18  move Plaintiff's due date for his response to the Department of Taxation's Motion for Summary

19  Judgment [ECF No. 56] from May 16, 2022 to May 20, 2022 to accommodate Mr. Cohen's

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

STIPULATION AND ORDER CHANGING PLAINTIFF'S RESPONSE DATE (SECOND REQUEST)

1  request to continue the response date based on a current health issue affecting his immediate

2  family.

3    Dated this 9th day of May, 2022.          Dated this 9th day of May, 2022.

4    **WOLF, RIFKIN, SHAPIRO**              **OFFICE OF THE ATTORNEY GENERAL**
     **SCHULMAN & RABKIN, LLP**
5

6    By:  */s/ Douglas Cohen*                By:  */s/ Akke Levin*
         Douglas M. Cohen, Esq. (SBN 1214)        AARON D. FORD
7                                                 Attorney General
         *Attorneys for Plaintiff*                Steve Shevorski, Esq. (SBN 8256)
8        *Rino Tenorio*                           Chief Litigation Counsel
                                                  Akke Levin, Esq. (SBN 9102)
9                                                 Senior Deputy Attorney General
                                                  Sabrena K. Clinton, Esq. (SBN 6499)
10                                                Deputy Attorney General

11
                                                  *Attorneys for Defendant*
12                                                *State of Nevada, Department of Taxation*

13

14                              **ORDER**

15      **IT IS SO ORDERED.**

16      DATED this 10th day of May, 2022.

17

18    _____
      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28