# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RINO TENORIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEVADA, DEPARTMENT OF TAXATION; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5,<br><br>　　　　Defendant. | Case No. 2:20-cv-00517- ART-VCF<br><br>**ORDER APPROVING STIPULATION REGARDING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION DENYING PLAINTIFF'S MOTION TO DISQUALIFY [ECF no. 71]** |

Plaintiff, Rino Tenorio, and Defendant, State of Nevada, Department of Taxation, stipulate as follows:

Plaintiff filed PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION DENYING PLAINTIFF'S MOTION TO DISQUALIFY [ECF no. 71] that requested two remedies: (1) that the Court disqualify Akke Levin, Senior Deputy Attorney General, from participation in this case based on allegations that Ms. Levin engaged in *ex parte* communications with the Plaintiff concerning the subject matter of this litigation and (2) that the Court exclude from use at trial that part of Plaintiff's deposition testimony which he alleges was prejudiced by the alleged *ex parte* communication.

Subsequent to the close of briefing on the two remedies requested by Plaintiff in Plaintiff's Objection, Akke Levin became employed by Greenberg Traurig, LLP and is no longer representing the Defendant in this case, rendering moot the requested remedy for her disqualification.

1

The parties agree that the Plaintiff's second requested remedy in his Objection, that the Court exclude from use at trial that part of Plaintiff's deposition testimony which he alleges was prejudiced by the alleged *ex parte* communication, shall remain to be ruled upon by the Court.

Dated this 19th day of August, 2022.

**WOLF, RIFKIN, SHAPIRO SCHULMAN & RABKIN, LLP**

By: */s/ Douglas M. Cohen, Esq.*
    Douglas M. Cohen, Esq. (SBN 1214)

*Attorneys for Plaintiff*
*Rino Tenorio*

Dated this 19th day of August, 2022.

**OFFICE OF THE ATTORNEY GENERAL**

By: */s/ Steve Shevorski, Esq.*
    AARON D. FORD
    Attorney General
    Steve Shevorski, Esq. (SBN 8256)
    Chief Litigation Counsel
    Senior Deputy Attorney General
    Sabrena K. Clinton, Esq. (SBN 6499)
    Deputy Attorney General

*Attorneys for Defendant*
*State of Nevada, Department of Taxation*

**ORDER**

**IT IS SO ORDERED.**

DATED this 25th day of August, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE