1  DOUGLAS M. COHEN (State Bar No. 1214)
   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
2  3773 Howard Hughes Parkway, Suite 590 South
   Las Vegas, Nevada 89169
3  Tel.: (702) 341-5200 / Fax: (702) 341-5300
   Email: DCohen@wrslawyers.com
4
   *Attorney for Plaintiff, Rino Tenorio*
5

6
                    **UNITED STATES DISTRICT COURT**
7
                        **DISTRICT OF NEVADA**
8

9
   RINO TENORIO,                          | Case No. 2:20-cv-00517-ART-VCF
10
                 Plaintiff,               | **STIPULATION AND ORDER TO**
11                                         | **EXTEND DEADLINE TO FILE JOINT**
        vs.                                | **PRETRIAL ORDER**
12
   STATE OF NEVADA, DEPARTMENT OF          | **(THIRD  REQUEST)**
13 TAXATION; DOES 1 through 5; and ROE
   BUSINESS ENTITIES 1 through 5,
14
                 Defendant.
15

16        Pursuant to LR IA 6-1 and 6-2, Plaintiff Rino Tenorio and Defendant State of Nevada,

17 Department of Taxation, by and through their undersigned counsel, hereby stipulate to move the

18 current deadline to file a JOINT PRETRIAL ORDER to June 15, 2023, to accommodate the

19 Court's March 6, 2023 order (ECF No. 94) requiring the parties to attend a settlement conference

20 before U.S. Magistrate Judge, Cam Ferenbach, which has now been scheduled for May 15, 2023

21 (ECF No. 96).

22        This is the parties' third stipulated request to extend the Joint Pretrial Order deadline

23 which is a result of the Court's denial of the Defendant's Motion for Summary Judgment decided

24 on March 2, 2023 (ECF No. 93) and the Court's March 6, 2023 order (ECF No. 94) referring the

25 case to Magistrate Judge  Cam Ferenbach for a settlement conference, now scheduled for May

26 15, 2023 (ECF No. 96).

27        The previous deadline for the parties to file a joint pretrial order was April 3, 2023, 30

28

1  days after the Court denied the Defendants' Motion for Summary Judgment on March 2, 2023

2  (ECF No. 93 and 51). The stipulated date of June 15, 2023, is thirty (30) days after the date of

3  the settlement conference (exclusive of May 15, 2023).

4  Dated this 20th day of March, 2023.          Dated this 20th day of March, 2023.

5  **WOLF, RIFKIN, SHAPIRO**                    **OFFICE OF THE ATTORNEY GENERAL**
   **SCHULMAN & RABKIN, LLP**
6

7  By:  /s/ Douglas M. Cohen, Esq.             By:  /s/ Sabrena K. Clinton, Esq.
        Douglas M. Cohen, Esq. (SBN 1214)           AARON D. FORD
8                                                    Attorney General
       *Attorneys for Plaintiff*                     Sabrena K. Clinton, Esq. (SBN 6499)
9      *Rino Tenorio*                                Deputy Attorney General
                                                     *Attorneys for Defendant*
10                                                   *State of Nevada, Department of Taxation*

11

12                              **ORDER**

13

14

15                         IT IS SO ORDERED.

16                         _____

17                         Cam Ferenbach
                           United States Magistrate Judge

18                                   3-27-2023
                           DATED _____

19

20

21

22

23

24

25

26

27

28
                                    -2-
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (THIRD
                                 REQUEST)

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2023, a true and correct copy of

**STIPULATION AND ORDER CHANGING PLAINTIFF'S RESPONSE DATE (SECOND REQUEST**) was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/Melissa Shield*
Melissa Shield, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER (THIRD REQUEST)