**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RINO TENORIO,

    Plaintiff(s),

v.

STATE OF NEVADA, DEPARTMENT OF TAXATION; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5,

    Defendant(s).

2:20-cv-00517-ART-VCF

**ORDER**

Before the Court is the Joint Notice of Settlement in Principle (ECF NO. 101).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for May 15, 2023, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 6, 2023.

DATED this 8th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1