1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| RINO TENORIO, | CASE NO. 2:20-cv-00517-ART-VCF |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| STATE OF NEVADA, DEPARTMENT OF TAXATION; DOES 1 through 5; and ROE BUSINESS ENTITIES 1 through 5, | **STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| Defendants. | |

///
///
///
///
///
///
///
///
///

Plaintiff Rino Tenorio and Defendant State of Nevada, Department of Taxation, having settled this matter, hereby stipulate that all claims in the above-caption matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 25th day of August, 2023.

AARON D. FORD
Attorney General

By: /s/ *Casey J. Quinn*
   Marni Watkins (Bar No. 9674)
    Chief Litigation Counsel
   Casey J. Quinn (Bar No. 11248)
    Senior Deputy Attorney General
   Sabrena K. Clinton (Bar No. 6499)
    Deputy Attorney General
*Attorneys for Defendant*
*State of Nevada, Department of Taxation*

WOLF, RIFKIN, SHAPIRO, SHULMAN & RABKIN LLP

By: /s/ *Douglas M. Cohen*
   Douglas M. Cohen (Bar No. 1214
   *Attorneys for Plaintiff, Rino Tenorio*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED:   August 28, 2023